

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00004-CV

SCOTT TRUITT, Appellant

V.

JANET HATFIELD, AS AN INDIVIDUAL;
JANET HATFIELD, AS TRUSTEE OF THE
TRUST OF DELORIS HATFIELD; AND
JANET HATFIELD, AS THE EXECUTOR
OF THE ESTATE OF DELORIS
HATFIELD, Appellee

§ On Appeal from the Probate Court

§ of Denton County (PR-2018-01016-01)

§ December 2, 2021

§ Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Scott Truitt shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker